**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| A.B.C. PLUMBING, HEATING, COOLING & ELECTRIC, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>ABC HVAC SERVICES, INC., an Illinois corporation, and HATTEM O. DAOUDI, an individual,<br><br>Defendants. | Case No. _____<br><br>JURY TRIAL DEMANDED |

**COMPLAINT**

Plaintiff A.B.C. Plumbing, Heating, Cooling & Electric, Inc., an Illinois corporation ("Plaintiff"), alleges its causes of action against defendants ABC HVAC Services, Inc. ("Defendant ABC"), an Illinois corporation, and Hattem Daoudi ("Defendant Daoudi") (collectively Defendant ABC and Defendant Daoudi are referred to as "Defendants"), as follows.

**NATURE OF ACTION**

1. Plaintiff brings this lawsuit to protect the substantial goodwill that it has developed over nearly six decades in its distinctive ABC word mark and logo. Because of this lengthy use and Plaintiff's substantial investment in advertising and promotion, Plaintiff's trademarks have gained a reputation as being a source of high-quality plumbing, heating, ventilating, air-conditioning, and electric services in the Chicagoland area, Indiana, and Florida.

2. The goodwill and reputation for quality that Plaintiff has worked so hard to cultivate has been threatened by Defendants' actions. Defendants have used and continue to use their ABC HVAC SERVICES word mark and logo, which is confusingly similar to Plaintiff's ABC word mark and logo, to sell competing services in the same consumer areas served by

Plaintiff. Unless Defendants are enjoined from using their mark and logo, such use will continue to cause consumer confusion and will cause irreparable harm to Plaintiff.

3. Plaintiff seeks injunctive relief, damages, and other appropriate relief arising from Defendants' willful acts of trademark infringement and unfair competition.

## PARTIES

4. Plaintiff is a corporation duly organized and existing under the laws of the State of Illinois, with a principal place of business in Arlington Heights, Illinois. Plaintiff provides plumbing, sewer and drain, heating, air conditioning and electric services to homeowners and commercial businesses.

5. Upon information and belief, Defendant ABC is a corporation organized and existing under the laws of the State of Illinois, with a principal place of business in Oak Lawn, Illinois. At times relevant hereto, Defendant ABC has offered heating, air-conditioning, ventilation ("HVAC") and electric services to homeowners and commercial businesses.

6. Upon information belief, Defendant Daoudi is an individual who resides in Oak Lawn, Illinois and is the owner and operator of Defendant ABC.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over Plaintiff's federal claim pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.

8. This Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367.

9. This Court has personal jurisdiction over Defendants who are based in and/or reside in Illinois and within the Northern District of Illinois. Defendants have advertised their services under the infringing mark in this state and have transacted business by selling their

services to consumers within this state that offer their services to the public under the infringing mark. Defendants have engaged in substantial activity within Illinois and this judicial district and have had substantial contacts there, having purposefully availed themselves of the privilege of conducting activities in the forum. Defendants have caused injury to Plaintiff within Illinois and within this judicial district.

10. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and (c), as a substantial part of the events giving rise to Plaintiff's claims occurred and are continuing to occur in this district, and Defendants are subject to this Court's personal jurisdiction with respect to this action.

## BACKGROUND

### Plaintiff's Longstanding Use of ABC Marks

11. Plaintiff owns common law rights for its inherently distinctive ABC marks, including the mark ABC (standard character) and **ABC** (stylized) (collectively, the "ABC Marks") for plumbing, HVAC, and electric services. Plaintiff's predecessor used the mark "ABC" since 1948, and in 1968 Plaintiff acquired all rights, title, and interest to Plaintiff's predecessor's business name and mark. Plaintiff serves customers in the Chicago metropolitan area, Illinois, Indiana, and Florida, and its advertising also reaches Wisconsin.

12. Plaintiff spends millions of dollars annually to advertise its services under the ABC Marks. Plaintiff operates more than three hundred trucks in service that bear the ABC Marks, which are viewed by hundreds of thousands of consumers annually. Plaintiff also advertises extensively on television, radio, and billboards. Examples of some of Plaintiff's many television ads from 2017 and 2018 can be found at:

https://www.youtube.com/results?search_query=abc+plumbing+commercial and

https://www.youtube.com/watch?v=WZlgW3Ka3Wg. Across all advertising channels in the Chicagoland metropolitan area, Plaintiff received 382,456,000 impressions in 2018, and Plaintiff received 935,145,000 impressions in 2024.

13. Since at least as early as 1999, Plaintiff has advertised an ABC mark on its website at the URL www.4abc.com A screenshot of the prominent display of the ABC Marks as they presently appear on the website appears here:



Plaintiff also operates websites at the following URLs for services in Illinois, https://www.4abc.com/il/about-you/current-offers/ , https://www.4abc.com/il/careers/, https://www.4abc.com/il/careers/benefits/, and the following URLs for services in Florida, https://www.4abc.com/fl /current-offers/, https://www.4abc.com/fl/careers/, https://www.4abc.com/fl/careers/benefits/.

14. From a single truck company in 1968, Plaintiff has grown into one of the most well-known brands in the Chicago metropolitan area and garners tens of millions of dollars in annual revenue from providing plumbing, sewer, HVAC, and electric services to customers. *CONTRACTOR* magazine published an article on November 13, 2017, titled, "Their trucks are their brands," and wrote "One of the most easily recognized logos in the Chicago area belongs to ABC Plumbing Heating Cooling Electric."

**Defendants' Infringing Activities**

15. Unbeknown to Plaintiff, many decades after Plaintiff began using its ABC mark, on information and belief, on or about November 2, 2019, Defendant Daoudi registered the domain name Abchvacservice.com. On or about March 20, 2020, Defendant Daoudi began conducting day-to-day business as a sole proprietor offering HVAC services under the name and mark ABC HVAC Service in the Chicago metropolitan area. On information and belief, on or about May 27, 2021, Defendant Daoudi registered Defendant ABC as a corporation with the State of Illinois. On information and belief, on October 11, 2024, the Secretary of State of Illinois issues a Certificate of Dissolution or Revocation to Defendant ABC. Thereafter, Defendant Daoudi continued to operate his business as a sole proprietor until, on or about July 25, 2025, Defendant Daoudi applied to reinstate Defendant ABC.

16. Upon information and belief, in about January 2025, Defendants rebranded their website to feature an infringing ABC mark prominently in interstate commerce. The URL for Defendants' website is located at https://abchvacservice.com. A screenshot of the top of the home page of Defendants' site appears here:



17. In an effort to blur the lines between their relatively new business and Plaintiff's nearly six decades of operations, Defendants tout their "rich history of excellence" on their website, where they proclaim:

> Welcome to ABC HVAC Service, the premier destination for comprehensive heating and cooling solutions in Chicago. With a rich history of excellence spanning years, we take immense pride in being your trusted partner for creating comfortable, welcoming, and energy-efficient indoor environments. At ABC HVAC Service, we're more than just a heating and cooling company – we're your dedicated allies in achieving the utmost comfort and convenience in your home or business.

https://abchvacservice.com/.

## COUNT I

## TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND FALSE DESIGNATION OF ORIGIN

### 15 U.S.C. § 1125(a)

18. Plaintiff repeats and realleges the allegations of paragraphs 1 through 17 of this Complaint as though fully set forth herein.

19. As its first ground for relief, Plaintiff alleges federal trademark infringement and unfair competition under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

20. Plaintiff has sold plumbing services in United States commerce under the ABC mark continuously since at least as early as 1968, and its predecessor in interest's use dates back to 1948. Since 1980, Plaintiff began offering sewer services in United States commerce, and in 1995 it began offering HVAC services in United States commerce under the ABC mark. Since at least as early as 2013, Plaintiff has used the block letter stylized mark: **ABC** for plumbing, HVAC, and electric services in United States commerce.

21. Plaintiff's services are sold under the ABC Marks via its website at www.4abc.com, and other websites as alleged in Paragraph 13. Plaintiff has advertised its services in local and regional newspapers, Yellow Pages, and magazines, on radio, television,

6

and billboards and on hundreds of trucks. Its services have been featured in many newspaper and magazine articles.

22. Plaintiff has invested substantial time, effort, and financial resources promoting its ABC Marks in connection with the marketing and sale of its services in interstate commerce. The ABC Marks have become, through widespread and favorable public acceptance and recognition, an asset of substantial value as a symbol of Plaintiff, its quality services, and its goodwill. The public recognizes the ABC Marks and associates them with Plaintiff.

23. Plaintiff's ABC Marks are inherently distinctive and have acquired distinctiveness as applied to Plaintiff's promotional and marketing materials that bear the ABC Marks.

24. Notwithstanding Plaintiff's established rights in the ABC Marks, upon information and belief, long after Plaintiff established its rights in the ABC Marks, Defendants adopted and used the confusingly similar trademark ABC HVAC SERVICES and logo in interstate commerce in connection with the sale and offering for sale of HVAC and electric services.

25. Defendants promote their services in the same Chicago metropolitan area as Plaintiff. Defendant Daoudi also owns the www.abchvacservice.com domain name and promotes HVAC and electric services at the website connected to that domain name.

26. Without Plaintiff's consent, Defendants have used and continue to use the infringing ABC HVAC Services mark and logo in connection with the sale, offering for sale, distribution, or advertising of Defendants' services.

27. Upon information and belief, Defendants have engaged in their infringing activity despite having actual knowledge of Plaintiff's use of the ABC Marks.

28. Defendants' actions are likely to mislead the public into concluding that their goods originate with or are authorized by Plaintiff, which will damage both Plaintiff and the public. Plaintiff has no control over the quality of services sold by Defendants, and, because of the source confusion caused by Defendants, Plaintiff has lost control over its valuable goodwill.

29. Upon information and belief, Defendants have advertised and offered their goods for sale using the ABC HVAC SERVICES mark with the intention of misleading, deceiving, or confusing consumers as to the origin of its goods and of trading on Plaintiff's reputation and goodwill. Defendants' use of their ABC HVAC SERVICES mark constitutes willful, deliberate, and intentional trademark infringement.

30. Plaintiff has requested in writing that Defendants cease and desist from their infringing actions, but Defendants have not responded to these requests and have failed to comply with them. Plaintiff's letter to Defendants is attached as Plaintiff's **Exhibit 1**.

31. Defendants' unauthorized use of the ABC HVAC SERVICES mark and logo in interstate commerce as described above constitutes trademark infringement and unfair competition under 15 U.S.C. § 1125(a) and has caused and is likely to continue to cause consumer confusion, mistake, or deception.

32. Defendants' unauthorized marketing and sale of their services in interstate commerce using its ABC HVAC SERVICES mark and logo constitutes use of a false designation of origin or false representation that wrongfully and falsely designates Defendants' services as originating from or connected with Plaintiff in violation of 15 U.S.C. § 1125(a). The actions of Defendants as alleged herein constitute intentional, willful, knowing, and deliberate unfair competition.

33. As a direct and proximate result of Defendants' trademark infringement and acts of unfair competition, Plaintiff has suffered and will continue to suffer irreparable loss of income, profits, and goodwill, and Defendants have unfairly acquired and will continue to unfairly acquire income, profits, and goodwill.

34. Defendants' trademark infringement and acts of unfair competition will cause further irreparable injury to Plaintiff if Defendants are not restrained by this Court from further violation of Plaintiff's rights. Plaintiff has no adequate remedy at law.

## COUNT II
## VIOLATION OF UNIFORM DECEPTIVE TRADE PRACTICES ACT
## 815 ILCS 510/1 ET SEQ.

35. Plaintiff repeats and realleges the allegations of paragraphs 1 through 17 of this Complaint as though fully set forth herein.

36. Defendants' use of its ABC mark constitutes a deceptive trade practice as described in the Uniform Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq*.

37. Defendants' trademark infringement is likely to cause confusion, deception, and mistake, and has caused irreparable and immediate injury to Plaintiff, for which Plaintiff has no adequate remedy at law.

38. Defendants' violative conduct was undertaken intentionally, willfully, and with wanton disregard of Plaintiff's rights.

## COUNT III
## COMMON LAW TRADEMARK INFRINGMENT

39. Plaintiff repeats and realleges the allegations of paragraphs 1 through 17 of this Complaint as though fully set forth herein.

40. As its third ground for relief, Plaintiff alleges common law trademark infringement under Illinois law.

41. Plaintiff has a valid and legally protectable ownership interest in the ABC Marks.

42. Defendants' use of the ABC HVAC SERVICES mark and logo is likely to cause confusion among consumers regarding the source, sponsorship, or affiliation of the goods or services.

43. Defendants' actions constitute common law trademark infringement. Plaintiff has no adequate remedy at law for the damages caused thereby.

## COUNT IV
## UNFAIR COMPETITION

44. Plaintiff repeats and realleges the allegations of paragraphs 1 through 17 of this Complaint as though fully set forth herein.

45. By committing the acts alleged herein, Defendants are guilty of unfair competition and unfair trade practices, in violation of Illinois common law unfair competition.

46. Defendants' acts and unfair competition are likely to cause confusion, deception, and mistake, and have caused and will continue to cause irreparable and immediate injury to Plaintiff, for which it has no adequate remedy at law.

47. Plaintiff has suffered damages as a result of Defendants' acts of unfair competition.

48. Defendants' acts of unfair competition are willful and in wanton disregard of Plaintiff' rights.

## PRAYER FOR RELIEF COMMON TO ALL COUNTS

WHEREFORE, Plaintiff, A.B.C. Pluming, Heating, Cooling & Electric, Inc. prays for the following relief:

A. Entering a judgment that Plaintiff's ABC Marks have been and continue to be infringed by Defendants in violation of 15 U.S.C. § 1125(a);

B. Entering a judgment that Defendants' use of their ABC HVAC SERVICES mark and logo constitute federal unfair competition in violation of 15 U.S.C. § 1125(a);

C. Entering a judgment that Defendants' use of their ABC HVAC SERVICES mark and logo violate the Illinois Uniform Deceptive Trade Practices Act in violation of 815 ILCS 510/1 et seq.;

D. Entering a judgment that Defendants' use of their ABC HVAC SERVICES mark and logo constitute common law trademark infringement and common law unfair competition under Illinois law;

E. Permanently enjoining and restraining the Defendants and each of their agents, representatives, employees, officers, attorneys, successors, assigns, affiliates, and any persons in privity or active concert or participation with any of them from using the trademark ABC HVAC SERVICES, with or without its accompanying logo or any other designation, alone or in combination with other words or symbols, as a trademark or trade name component or otherwise, to market, advertise, distribute, or identify Defendants' services where that designation would create a likelihood of confusion, mistake or deception with Plaintiff's ABC Marks;

F. Pursuant to 15 U.S.C. § 1116(a), directing Defendants to file with the Court and serve on Plaintiff within thirty (30) days after issuance of an injunction, a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the injunction;

G. Pursuant to 15 U.S.C. § 1118, requiring that Defendants and all others acting under Defendants' authority, at their cost, be required to deliver up and destroy all devices, literature, advertising, labels, and other material in their possession bearing the infringing designation;

  H. Ordering Defendants to transfer the abchvacservice.com domain name to Plaintiff and cease operating under any domain name that is likely to cause confusion among consumers in distinguishing between Plaintiff and Defendants' services;

  I. Awarding Plaintiff all damages it sustained as the result of Defendants' acts of infringement and unfair competition, said amount to be trebled, together with prejudgment interest, pursuant to 15 U.S.C. § 1117;

  J. Awarding Plaintiff all profits received by Defendants from sales and revenues of any kind made because of their willful and intentional infringing actions, said amount to be trebled, after an accounting, pursuant to 15 U.S.C. § 1117;

  K. Awarding Plaintiff its reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1117; and

  L. Granting Plaintiff such other and further relief as the Court may deem just.

**DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury on all issues so triable.

November 12, 2025

**A.B.C. PLUMBING, HEATING, COOLING & ELECTRIC, INC.**

By: /s/ Steven L. Baron
  One of its attorneys
Steven L. Baron (ARDC # 6200868)
Brendan J. Healey (ARDC # 6243091)
Baron Harris Healey
150 South Wacker Drive
Suite 2400
Chicago, Illinois 60606
(312) 741-1027
sbaron@bhhlawfirm.com
bhealey@bhhlawfirm.com